UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) |
| Plaintiff, | ) CASE NO.: 1:21-cv-02982-SEB-TAB ) ) |
| vs. | ) ) |
| EAST WASHINGTON PHARMACIES, LLC, an Indiana Limited Liability Company, and SPENCER PHARMACY L.L.C., an Indiana Limited Liability Company, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendants of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorney's fees, costs, and expenses.

Dated: May 25, 2022

Respectfully submitted,

/s/ Louis I. Mussman
Louis I. Mussman
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Louis@kumussman.com

Respectfully submitted,

/s/ William T. Niemier
William T. Niemier, Esq.
Attorney at Law
6910 N. Shadeland Avenue, Suite 200
Indianapolis, Indiana 46220
Tel: (317) 459-3878
bill@tharpinvest.com

*Attorneys for Defendants*

Eric C. Bohnet
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana  46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of May, 2022, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronic Notices of Filing.

*/s/ Louis I. Mussman*
Louis I. Mussman